**Order entered October 10, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00371-CR

**CLIFTON DEMONE OWENS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2
Dallas County, Texas
Trial Court Cause No. F18-54331-I**

## ORDER

Before the Court is pro se appellant's October 8, 2019 motion for extension of time to file his pro se response to counsel's *Anders* brief. We **GRANT** the motion and extend the time to file appellant's pro se response to **December 16, 2019**.

We **DIRECT** the Clerk to send a copy of this order by electronic transmission to counsel for the State and by first class mail to Clifton Demone Owens, TDCJ No. 02258708; Byrd Unit; 21 FM 247; Huntsville, Texas 77320.

/s/     CORY L. CARLYLE
JUSTICE